# Court of Appeals
# of the State of Georgia

ATLANTA,  February 12, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0170.  ZHI LIN et al. v. INFINITY SAFEGUARD INSURANCE COMPANY.**

We dismissed this application as untimely because it was filed three months after the trial court's order dismissing the case.  We reasoned that an interim "Motion to Vacate" filed by plaintiffs Zhi Lin and Jing Ou was, in substance, a motion for reconsideration that had not extended the time for filing the application.  Lin and Ou now seek reconsideration, urging us to treat the "Motion to Vacate" as a motion to set aside under OCGA § 9-11-60 (d), the denial of which is appealable by timely application under OCGA § 5-6-35 (a) (8).  For good cause shown, we hereby GRANT the motion for reconsideration.  We VACATE our previous order dismissing the application, which is hereby REINSTATED.

Upon review of the merits, however, the application for discretionary appeal is GRANTED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  02/12/2016
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*